UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| JACKIE L. HARDWICK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-CV-2149 |
| ) | |
| BARBARA MILTON, in her individual ) | |
| capacity, and JOHN AND MARY E. KIRBY ) | |
| HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Two Reports and Recommendations (#18, #19) were filed by Magistrate Judge David G. Bernthal in the above cause on March 16, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendations are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations ([18], [19]) are accepted by this court.

(2) The Motion to Dismiss [6] filed by Defendant Barbara Milton is GRANTED. Plaintiff's claims against Defendant Milton are dismissed without prejudice. Defendant Milton is terminated as a party in this case.

(3) The Motion for Reconsideration or, in the Alternative, Motion to Dismiss Counts III and IV of Plaintiff's complaint [7] filed by Defendant John and Mary E. Kirby Hospital is DENIED in part and GRANTED in part. Defendant's Motion for Reconsideration is DENIED. Defendant's Motion to Dismiss Counts III and IV of Plaintiff's complaint is GRANTED. Counts III and IV of

Plaintiff's complaint [1] are dismissed without leave to file an amended complaint.

(4) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 6th day of April, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE