E-FILED
Tuesday, 10 May, 2011 10:06:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JACKIE L. HARDWICK, | ) |
| Plaintiff, | ) |
| -vs- | ) No.: 2:10-cv-2149 |
| THE JOHN & MARY E. KIRBY HOSPITAL, BARBARA MILTON, in her Individual capacity, | ) |
| Defendants. | ) |

## ANSWER TO DEFENDANT'S REQUESTS FOR ADMISSION TO PLAINTIFF

Now comes Jackie Hardwick, Plaintiff, by and through her attorney, Ronald S. Langacker, and in response to the Defendant's Request for Admission to Plaintiff, answers as follows to the corresponding numeric paragraphs contained within the Defendant's Request.

## GENERAL OBJECTIONS

- Plaintiff objects to the Requests to the extent that they seek information that is protected from disclosure by the attorney-client privilege, the work product doctrine or any other recognized privilege.

- Plaintiff objects to the Requests to the extent that they seek information that may be less onerously obtained through other discovery devices.

- Respondents object to the Requests to the extent that they are vague and ambiguous in that they fail to adequately define the terms used in the Requests.

1. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 1.

2. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 2.


EXHIBIT B

3. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 3.

4. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 4.

5. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 5.

6. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 6.

7. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 7.

8. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 8.

9. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 9.

10. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 10.

11. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 11.

12. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 12.

13. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 13.

14. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 14.

15. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 15

16. Subject to the general objections, Plaintiff denies the allegations contained within the Request for Admission No. 16.

Respectfully submitted,

By: _____
Ronald S. Langacker, #6239469
Attorney for Plaintiff
302 W. Hill Street, Suite 101
Champaign, Illinois 61820
Telephone:  (217) 390-4932
Facsimile:   (312) 377-1921
E-Mail:      langackerlaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, attorney of record herein, certifies that a copy of the foregoing was served upon the following, by depositing the same in the U.S. Mail, first-class postage prepaid on the 19th of April, 2011:

Ryan T. Brown
GORDON & REES LLP
One North Franklin
Suite 800
Chicago, Illinois 60606
Tel: (312) 565-1400
Fax: (312) 565-6511
Attorney No. 6269256

By: _____
Ronald S. Langacker, #6239469
Attorney for Plaintiff
302 W. Hill Street, Suite 101
Champaign, Illinois 61820
Telephone:      (217) 390-4932
Facsimile:       (312) 377-1921
E-Mail: langackerlaw@gmail.com