**Kelly Castleberry**

| | |
|---|---|
| **From:** | Ryan Brown |
| **Sent:** | Tuesday, April 19, 2011 10:03 AM |
| **To:** | 'Ronald Langacker' |
| **Cc:** | Chancé Cooper |
| **Subject:** | Meet-and-confer re discovery responses - Hardwick v. Kirby |

Ron,

Given 1) the limited number of documents provided by Plaintiff, 2) the complete lack of information and detail in the responses to interrogatories, 3) the inappropriate objections raised in the delinquent responses to interrogatories, and 4) the blanket denials to the Requests to Admit (which are deemed admitted as they were not answered within 30 days), we will be requesting that the Court postpone the MSC currently scheduled for next week. Also, the depositions for next week will need to be postponed pending a meet-and-confer regarding the responses. Please let me know when you are available to meet-and-confer regarding these responses.

**From:** Ronald Langacker [mailto:langackerlaw@gmail.com]
**Sent:** Tuesday, April 19, 2011 9:46 AM
**To:** Ryan Brown
**Subject:** Documents

Enclosed are the Responses to Interrogatories, Request to Produce, Request to Admit, and so forth with attaching exhibits. Some of the exhibits (specifically the medical) may be very large files, so I am sending those to you in separate e-mails.

Regarding potential damages, I determined that Ms. Hardwick was earning around $20,520.00 a year employed with Kirby Hospital. That sum is offset by the $146.00 she is receiving every other week from unemployment. I am in the process of totaling up the medical damages in this matter, which would total around $15,000.00. I will provide you with an itemization on that.

It has been approximately two years since her termination, so the current back pay would be $36,555.76. for that period, taking into account the unemployment she has received. Going forward, I anticipate she will continue to be either unemployed or underemployed for the next three years, totaling additional lost wages or front pay of $61,560.00.

In short, the total damages we would seek would be as follows:

| | |
|---|---|
| Back pay: | $36,555.76 |
| Front pay: | $61,560.00 |
| Medical: | $15,000.00 |
| Costs to date: | $1,500.00 |
| Attorneys Fees: | $5,000.00 |
| **Total:** | **$119,555.76** |

This obviously isn't taking into account future medical costs she would incur from her loss of employment, and a

EXHIBIT C

5/10/2011

number of other factors. Let me know after you have had a chance to review.

Also, after reviewing the protective order, I am not seeing any objection to entering it.

Ronald S. Langacker
Langacker Law, Ltd.
302 West Hill Street, Suite 101
Champaign, Illinois 61820
217-390-4932 (Phone)
312-377-1921 (Fax)

Check out our new Website at:
www.langackerlaw.com

CONFIDENTIALITY NOTICE: This e-mail contains information that may be confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone at 217-390-4932 or by electronic mail by replying to this message. Subsequent to notification, please delete the message sent to you in error. Thank you.

5/10/2011