**E-FILED**
Friday, 19 August, 2011  04:50:24 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES  DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| JACKIE L. HARDWICK, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Case No.  10-2149** |
| BARBARA MILTON, in her individual ) | |
| capacity, and ) | |
| JOHN AND MARY E. KIRBY HOSPITAL, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On May 10, 2011, Defendant filed a Motion to Deem Facts Admitted (#24).  Plaintiff filed a response in opposition and on June 10, 2011, the Court entered an Order (#37) which granted the motion.  The Order expressed the Court's opinion that Plaintiff had failed to participate in discovery in a meaningful way.  The Court also characterized Plaintiff's approach to her discovery obligations as "Cavalier."

Plaintiff did not appeal the Order under FED. R. CIV. P.  72.  She did, however, file a Motion for Leave to Withdraw and Otherwise Amend Answers to the Defendant's Requests for Admissions (#42).  Defendant filed its memo in opposition.

Defendant suggests that Plaintiff's motion is procedurally defective.  The Court disagrees.   Accordingly, it will address the motion on its merits.

The Court has carefully reviewed the written submissions of the parties.  In addition, it has reviewed it's own Order referenced above.  Plaintiff is clearly seeking relief from the consequences of her own failures.  The Court recognized in its prior Order (#37) that the consequences were harsh.  It also indicated in that Order that the relief granted was appropriate.

After reviewing the matter, the Court has concluded that the relief previously granted is appropriate and the present motion **(#42)** is therefore **DENIED**.

Included in Defendant's response is a **request for the imposition of sanctions**.  That request is **DENIED**.

ENTER this 19th day of August, 2011.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE
